UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

GAIL DINES,

Plaintiff,

CASE NO. 1:16-CV-11876

v.

WHEELOCK COLLEGE,
a corporation, JACKIE JENKINS-SCOTT, in
her official and individual capacities,
KATHERINE S. TAYLOR, in her official and
individual capacities; and KINGSTON BAY
GROUP, a limited liability corporation,

Defendants.
_____/

## MOTION FOR ADMISSION OF VISITING LAWYER *PRO HAC VICE*

The undersigned respectfully moves for the admission *pro hac vice* of Attorney Ann Olivarius, a member of the Bars of the District of Columbia, Idaho, Minnesota, New Hampshire, New York and Virginia and of the United States District Courts of the Eastern District of Virginia, Idaho and Minnesota, to be co-counsel with the undersigned in this case. Her certification in support of this motion is attached hereto.

Respectfully submitted

GAIL DINES
By her attorney.

/s/ Anita S. Vadgama
Anita S. Vadgama, Esq
BBO #669319
MCALLISTER OLIVARIUS
5 Wells Street
Saratoga Springs, NY 12866

Telephone:    (518) 633-4775
Email: avadgama@mcolaw.com

The Pearce Building
West Street
Maidenhead, SL6 1RL
U.K.
Telephone: +44 1628 567544

## CERTIFICATION OF SERVICE

I, Anita S. Vadgama, hereby certify that the document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date.

*/s/ Anita S. Vadgama*
Anita S. Vadgama

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

GAIL DINES,

Plaintiff,

CASE NO. 1:16-CV-11876

v.

WHEELOCK COLLEGE,
a corporation, JACKIE JENKINS-SCOTT, in her official and individual capacities, KATHERINE S. TAYLOR, in her official and individual capacities; and KINGSTON BAY GROUP, a limited liability corporation,

Defendants.
_____/

### CERTIFICATION IN SUPPORT OF ADMISSION OF DR ANN OLIVARIUS *PRO HAC VICE*

I, DR ANN OLIVARIUS, HEREBY CERTIFY the following in support of my admission as a visiting attorney:

1. I am Chair and Partner of the law firm McAllister Olivarius. Attorney Anita Vadgama, attorney for the Plaintiff, is a Senior Associate of the same law firm. I have personal knowledge of the facts of this certification which is submitted in support of the Plaintiff's motion for my admission *pro hac vice* pursuant to Local Rule 83.5.3.

2. I am not a resident of the Commonwealth of Massachusetts, nor do I regularly engage in business or professional activities in Massachusetts. My residential address is Hennerton House, Wargrave, Reading, Berkshire RG10 8PD, U.K.

3. I am admitted to practice in the following jurisdictions and am a member of these bars in good standing:

| Court | Admission Date | Bar Number |
|---|---|---|
| District of Columbia | July 10, 1991 | 429231 |
| Idaho | May 27, 2015 | 8253 |
| Minnesota | October 19, 2009 | 389863 |
| New Hampshire | October 8, 2009 | 19481 |
| New York | June 24, 2008 | 4608972 |
| Virginia | April 27, 1990 | 31249 |
| England and Wales | December 1, 2008 | 444100 |

4. I am admitted to the following United States District Courts:

| Court | Admission Date |
|---|---|
| Idaho | May 27, 2015 |
| Minnesota | January 8, 2011 |
| Eastern District of Virginia | May 15, 1992 |

5. The Plaintiff desires that I participate, assist, and speak *pro hac vice* as co-counsel in pre-trial, discovery and trial of this matter.

6. I am not the subject of disciplinary proceedings pending in any of the jurisdictions in which I am admitted to practice.

7. I have not had a *pro hac vice* admission to this court revoked for misconduct.

8. I agree to be bound by the Rules of Court governing the Commonwealth of Massachusetts, including the Court Disciplinary Rules and all local rules and orders of the Court. I will continue to be associated with Attorney Anita Vadgama throughout pre-trial, discovery, and trial of the within cause of action. I recognize and will follow the Massachusetts Customs of Practice in addition to those rules of the Court and agree to subject myself to the jurisdiction of the Court.

9. I have reviewed and am familiar with:

   a. The Federal Rules of Civil Procedure;

   b. The Federal Rules of Evidence;

   c. The Local Rules of Practice for the United States District Court for Massachusetts; and

   d. The Massachusetts Rules of Professional Conduct.

10. I understand that all pleadings, briefs, and other papers filed with the Court must be signed by an attorney of record authorized to practice in the Commonwealth of Massachusetts and that said attorney shall be held responsible for such pleadings or filings and for the conduct of this cause and of the attorneys admitted herein.

11. I agree to be subject to the Orders of this Court and amenable to disciplinary action as though regularly admitted to practice in the Commonwealth of Massachusetts. I further designate the Commonwealth of Massachusetts as the forum for resolution of any dispute arising out of this admission.

12. I will promptly notify this Court of any matter affecting my good standing as a member of the Bar of any other Court.

Dated: October 27, 2016

Respectfully submitted

By: _____

Dr. Ann Olivarius, Esq.