UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Gail Dines,

Plaintiff,                                            CASE NO. 1:16-CV-11876-GAO

v.

WHEELOCK COLLEGE,
a corporation, JACKIE JENKINS-SCOTT, in
her official and individual capacities,
KATHERINE S. TAYLOR, in her official and
individual capacities; and KINGSTON BAY
GROUP, a limited liability corporation.

Defendants.
_____/

## MEET AND CONFER CERTIFICATION

Pursuant to LR 7.1(a)(2) I met and conferred with Attorney Scott Roberts, counsel for Defendants Wheelock College, Katherine S. Taylor and Jackie Jenkins-Scott, on Friday, October 28, 2016 and Attorney Rebecca Wilson, counsel for Defendant Kingston Bay Group, on Monday, October 31, 2016. The parties were unable to narrow the issues and therefore could not agree on the resolution of any part of the motion to admit Dr Ann Olivarius pro hac vice.

DATED: October 31, 2016

                Respectfully submitted

                */s/ Anita S. Vadgama*_____
                Anita S. Vadgama, Esq
                BBO #669319
                MCALLISTER OLIVARIUS
                5 Wells Street
                Saratoga Springs, NY 12866
                Telephone: (518) 633-4775
                Email: avadgama@mcolaw.com

                The Pearce Building

West Street
Maidenhead, SL6 1RL
U.K.
Telephone: +44 1628 567544