United States District Court

Northern District of California

San Francisco, California 94102

Chambers of
Marilyn Hall Patel
United States District Judge

December 30, 1987

Ann Olivarius McAllister
80 State Street
Brooklyn Heights, NY  11201-6706

Dear Ann:

    Several weeks ago I received a call from the attorneys for Goldman Sachs requesting that I verify representations you had made regarding post-employment obligations to these chambers. Needless to say, I was appalled to learn that you had claimed your attendance was required here to complete work for me on two weekends in August and for another week in September. As you well know that is an outright fabrication. I understand that you subsequently tempered that statement, but nevertheless, continued to assert some further work obligations to me.

    I am dismayed, but, regrettably, not amazed that you abused your new position of trust. It seemed predictable after the experience over the last year. I'm only amazed and disappointed with myself that I did not come to that realization much earlier. Since your departure I have learned that you used official stationery for matters of personal business in which my person and position should never be insinuated. You have misrepresented your relationship with me and others for reasons that wholly baffle me. Statements made to me about Lurline's work habits were a total fabrication. You apparently took the liberty of discussing chambers matters and other employees' work, or my evaluation of it, without discretion and, going even further, made outright misrepresentations in that respect.

    References to your "grueling" clerkship are a tribute you should not allow yourself. Toward the end of your clerkship I finally began to realize how unproductive you were compared to others. As Margaret had advised me and I came to observe, much of your "grueling" day involved personal phone calls, correspondence, lay psychoanalysis and meddling. I was willing to forget it and move on once you had left. However, since I have not been spared by your leaving, I have found it necessary to write.

P+7

Respondent's
Exhibit

20

For the reasons I have reviewed above, I am advising you that you may not use me as a reference. I trust you will also have the good sense to not suggest to others that we have some intimate relationship that indicates my seal of approval (e.g., You never went shopping with me at Gumps or elsewhere, to my recollection.).

I have always had a good and close relationship with my clerks. Never once until now have I felt that relationship was abused, no matter how candid they may have been with others. I am very disappointed with you, particularly because I thought you showed promise. I am also very disturbed and concerned about your behavior which seems so destructive. I strongly urge that you get professional help before you do more serious damage to yourself, your family or others.

One person to whom you owe a great apology is Jordan. He called recently and I learned about your lengthy accounting to him of your employment at Goldman Sachs. You well know that your story to him was not true. At that time you had already been terminated. As someone who helped you, confided in you, often carried you, and considered you his friend, he is entitled to the truth and not elaborate stories. I hope you will square accounts with him. He cares about you very much and he is very sensitive.

I am sorry I have had to write this letter. It is one of the most difficult things I have had to do since I have been a judge. I just hope this experience will be a turning point in your life and cause you to do a serious reassessment about what you owe others when you work with them.

Sincerely yours,

MARILYN HALL PATEL