# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

GAIL DINES,

Plaintiff,                                              CASE NO. 1:16-cv-11876

v.

WHEELOCK COLLEGE,
a corporation, JACKIE JENKINS-SCOTT, in
her official and individual capacities,
KATHERINE S. TAYLOR, in her official and
individual capacities; and KINGSTON BAY
GROUP, a limited liability
corporation.

Defendants.
_____/

### PLAINTIFF'S NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO FILE REPLY TO WHEELOCK DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ADMISSION OF VISITING PRO HAC VICE

Plaintiff GAIL DINES ("Plaintiff"), by and through undersigned counsel, hereby gives notice of her intention to file a motion for leave to file a reply to Defendants WHEELOCK COLLEGE, JACKIE JENKINS-SCOTT, and KATHERINE S. TAYLOR's (collectively, the "Wheelock Defendants") Opposition to her "Motion for Admission of Visting Pro Hac Vice" ("the Motion") seeking permission for Dr. Ann Olivarius to appear *pro hac vice* as counsel for Plaintiff.

Wheelock Defendants' Opposition to the Motion raises serious allegations regarding Dr. Ann Olivarius' professional conduct. As a result, Plaintiff will move that she be given an opportunity to respond and counter these allegations to enable the Court to make an informed judgment as to her Motion. To that end, the undersigned counsel has contacted Defendants' counsel to arrange a meet and confer meeting in accordance with Local Rule 7.1(a)(2).

Plaintiff respectfully requests that the Court defer ruling on the Motion until Plaintiff has filed her motion for leave.

DATED: NOVEMBER 11, 2016

        Respectfully submitted,

        BY: _____/s/ Anita Vadgama_____

        BY: Attorney Anita Vadgama
        BBO #669319
        MCALLISTER OLIVARIUS
        5 Wells Street
        Saratoga Springs, NY 12866
        Telephone:   (518) 633-4775
        Facsimile:   (781) 658-2480
        Email: avadgama@mcolaw.com

        The Pearce Building
        West Street
        Maidenhead, SL6 1RL
        U.K.
        Telephone: +44 1628 567544

        Attorney for Plaintiff
        GAIL DINES

## CERTIFICATION OF SERVICE

I, Anita S. Vadgama, hereby certify that the document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing on this date.

/s/ Anita Vadgama
Anita S. Vadgama