# Exhibit JG 1



**From:** David Chard
**Sent:** Thursday, August 11, 2016 3:10 PM
**To:** Joan Gallos
**Cc:** Eric Silverman; Gail Dines
**Subject:** Re: Mediation and transparency

Dear Joan,

While I appreciate hearing from you, and I would also like to continue our efforts to seek a reasonable resolution of the disputes that you, Gail and Eric have with the College, we are very far apart on many on many dimensions as illustrated in communications with your attorney.

I remain willing to listen and I am willing to meet with each of you individually without any attorneys present, to explore possible resolution.  I already met with you, Gail and Eric as a group and am not inclined to do so again at this time.  If you would like to meet with me individually, then please let me know and I will make myself available.

Best,

David J. Chard, Ph.D.
President, Wheelock College

