# Exhibit JG 2



**From:** David Chard
**Sent:** Thursday, August 18, 2016 7:12 AM
**To:** Joan Gallos
**Subject:** Re: Mediation and transparency

Joan,

I look forward to meeting on Friday at 3 pm at the Hawes St. Building. I am acting under the assumption that our meeting will be held in confidence based on our earlier signed letter. Are you comfortable with that?

David

Sent from my iPad

