**Exhibit JG 3**

# WHEELOCK
## COLLEGE

David J. Chard, Ph.D.

President

dchard@wheelock.edu

OFFICE OF THE PRESIDENT

July 29, 2016

Dr. Joan Gallos
Wheelock College
200 The Riverway
Boston, MA  02215

Dear Dr. Gallos:

We have agreed to discuss whether the dispute between you and Wheelock College (and former President Jackie Jenkins-Scott) may be amicably resolved.  We have also agreed that our conversations regarding a potential resolution shall be strictly confidential, and that any statements made during our discussions shall not be admissible for any purpose in any related litigation.

Regards,

David J. Chard, Ph.D.
President

Agreed: _____        Date:_____
Dr. Joan Gallos