# Exhibit JG 4





**From:** Joan Gallos
**Sent:** Friday, August 19, 2016 5:30 PM
**To:** David Chard
**Subject:** RE: Mediation and transparency

Thank you, David.  Here are the documents in electronic form, as promised.

I'll hope you can convince the board that it is to everyone's benefits to settle these suits in a
serious way.  You are right, the College's survival depends on it.

I really appreciate the time and respect you have given me and value you.   J

Joan V. Gallos
Professor of Leadership
Wheelock College
200 The Riverway
Hawes #009A
Boston, MA 02215
(o) 617-879-2448
Twitter: @JoanGallos

