# Exhibit JG 5



**From:** David Chard
**Sent:** Thursday, August 25, 2016 10:20 PM
**To:** Joan Gallos
**Subject:** Response

Dear Joan,

Thank you for meeting last Friday to share more information with me. I also appreciate your follow-up emails and written materials, which I have reviewed and carefully considered. I have a few reactions to share.

You have said in your email that "…there is absolute urgency to our coming together if we are to save the College." You have also proposed taking certain actions "in the best interest of the College." As the new President, I ask myself, "what is the source of the urgency to save the College?" And what serves "the best interests of the College? "

With regard to the first question, since my arrival in early July, I have worked with a sense of urgency to try to work with you to resolve your dispute with the College. Following the EEOC filings and the College's submission of responses in May, it is my understanding that the College was ready to cooperate fully with the EEOC investigation and schedule witness interviews on campus. However, you and your attorney requested that the EEOC stop its investigation and allow you to pursue your complaints in court. Your request had the effect of speeding up the deadline for filing, which is the reason for the urgency you reference.

The answer to the second question "what is in the best interests of the College?" is more complex. Certainly, from my perspective as the new President of Wheelock, it is most desirable to have everyone - faculty, staff, students, trustees, alumni and others getting along and working toward the same goal of strengthening the College and doing everything we can to meet the current challenges and ensure a bright future. Indeed, this is why I came to Wheelock. Common sense would indicate that defending lawsuits can be disruptive for any college, and that is probably one factor that leads people to discuss settlement. On the other hand, it is entirely possible that litigation will shine a light and reveal facts helpful to the Wheelock community and beyond. Additionally, I have reflected back on your earlier emails and the recent proposals relating to establishing

centers funded out of the College's modest endowment. It is not clear that those are fiscally realistic or would be supported by your faculty colleagues, Trustees or the Wheelock community at large.

I came in to this position and have remained as objective as possible in understanding the dispute. As someone with a 22 year history in higher education, I do not share your view of how this should be resolved.

Respectfully,


David J. Chard, Ph.D.
President, Wheelock College