# EXHIBIT 1

**JM** Business Development

12 Garden Fields
Troston
Bury St Edmunds
Suffolk  IP31 1HA

T 01359 269419
johnmurphy1942@btinternet.com

8th July 2013

To Whom It May Concern:

I have assessed the McAllister Olivarius legal practice in London for the last three years against the quality management standard known as Lexcel.  Good management is a crucial element for any effective law firm, one that benefits clients, the firm, and the legal profession as a whole through achievement of best practice.

Lexcel is an accreditation system run by the Law Society of England and Wales, the body which governs solicitors in this country, intended to recognize excellence in the management of law firms.  I have been advising and assessing legal practices for Lexcel for 12 years and examined some 50 solicitors' firms. The flexibility the standard offers, helps lawyers to develop business techniques and skills to manage risk and enhance client service, and is suitable for a wide range of practices from incorporated companies, partnerships, and sole practitioners, all over England.

My last assessment of McAllister Olivarius was completed in 2012.  I was once again impressed by the very high general level of the practice, which has in fact improved since my assessment and advice given the previous year.  The staff thoroughly understand its policies and procedures, which are in keeping with best practice nationally.  The level of attention to detail is notable.  The firm's management clearly works very hard and successfully to instil its values of excellent client care and high quality internal processes with every employee.  I also found firm morale to be very high.

Ten per cent of English and Welsh law firms are Lexcel accredited and are in general terms the best-run legal practices, and I would judge McAllister Olivarius to be in the top quartile of that elite group.

Sincerely

John Murphy

MSc MBA






'take the next step to your future'

VAT Registrered No. 665 9125 09