# Exhibit B

## AGENDA: GALLOS-CHARD SETTLEMENT MEETING NOTES





    d. We have done **18 months of steady and serious legal work**
        i. We have three solid legal cases – these are not fly by night jaunts
        ii. We know the relevant cases, up to the most recent nationally – Supreme Court to Massachusetts

1. Are you and the board seeing this kind of legal work from your attorney?

   iii. As good legal work would have it, **our damage statements are based on legal precedents and actual verdicts [HANDOUT]**



2. **You say Jeff Hirsch has "advised you and the Board", but where is the legal work to respond to our claims? Are you getting that to make an informed decision? Risk assessments you deserve from your counsel?** We have!
    a. KEY CASES **[HANDOUT]**:
        i. RETALIATION CASES: You can lose a case in proving whether alleged discrimination is true or not, but if the person who raises questions on the discrimination is retaliated on or for it, that retaliation alone – even if you cannot prove the original discrimination – is a live act and damages are awarded
        ii. MASSACHUSETTS CASE (underlined, p. 3): emotional distress is presumed in the case of discrimination and damages are awarded



JG-Chard meeting on settlement 8-19-16                                                                                                                                                                           Page 4





